IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALEXANDER CONTRERAS,<br><br>　　　　Defendant. | Case No. 3:01-cr-00151-03-JWS<br><br><br>ORDER DIRECTING<br>SERVICE AND RESPONSE |

　　　　On March 3, 2008, Alexander Contreras, representing himself, filed a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

　　　　As recently explained by the Supreme Court in *Kimbrough v. United States*, the guidelines were changed, effective November 1, 2007, to reduce "the base offense level associated with each quantity of crack by two levels."[2] The Supreme Court noted, at the time, that "[t]he Commission has not yet determined whether the

---

[1] *See* Docket No. 613.

[2] *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidlines for United States Courts, 72 Fed.Reg. 28571-28572 (2007).

amendment will be retroactive to cover defendants like Kimbrough."[3] Since that case was decided, it has been determined that the guidelines became retroactive on March 3, 2008.[4]

**IT IS THEREFORE ORDERED that:**

1. The Clerk shall make sure that the United States Attorney has been served with a copy of the motion for re-sentencing, as well as this Order

2. The Clerk of Court is directed to send this Court's form USDCA 40, Application for Appointment of Counsel, and a form CJA 23, Financial Affidavit, to Mr. Contreras with a copy of this Order. Mr. Contreras may file an application for counsel on or before **April 2, 2008**.

3. The Government is permitted to file a response within sixty days from the date of this Order.[5]

---

[3] *Id.* at n. 11.

[4] *See United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

[5] If counsel is appointed, the Court will give counsel an opportunity to file an amended motion, and may set a new timetable.

4. Mr. Contreras may file a reply within thirty days of the filing of the response.

5. A date for imposition of re-sentencing is set for Monday, August 11, 2008, at 8:30 a.m., at Anchorage, Alaska.

DATED this 5th day of March, 2008, at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
United States District Judge