Alex Contreras
Reg. No. 14378-006
FCI Sheridan
P.O. Box 5000
Sheridan, OR 97378



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ALEXANDER CONTRERAS,<br><br>           Defendant. | Case No. 3:01-cr-0151-JWS<br><br>**MOTION FOR<br>APPOINTMENT OF COUNSEL** |

Defendant, Alexander Contreras, moves for the appointment of counsel.

Defendant makes this request for the reasons that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the attached financial affidavit in support of the request for appointment of counsel.

DATED this  10  day of  March , 2008.

                                                          _/s/ Alexander Contreras_
                                                          Alexander Contreras