IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALEX CONTRERAS,<br><br>　　　　Defendant. | Case No. 3:01- cr-00151-JWS-3<br><br>ORDER APPOINTING COUNSEL<br>and RE-SETTING SCHEDULE |

On March 18, 2008, Alex Contreras, representing himself, filed a motion for appointment of counsel, for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

**IT IS THEREFORE ORDERED that:**

1.　　The Clerk shall make sure that the United States Attorney has been served

---

[1] *See* Docket Nos. 627, 628.

C:\Documents and Settings\RCarter\Local Settings\Temp\notes8EDFD2\contreras atty.wpd

with a copy of docket numbers 627 and 628, along with this Order.

2. Mr. Contreras' application for appointment of counsel, at docket number 627, is GRANTED. The Federal Public Defender for the District of Alaska will designate counsel from the CJA Panel or the Federal Public Defender's office to represent Mr. Contreras in this case, for the purposes of filing a motion under section 3582(c).

3. Counsel for Mr. Contreras shall review the record, confer with him, and file a motion under section 3582(c), or other appropriate document, within sixty days from the date of this Order.

4. The Government is permitted to file a response within sixty days from the time counsel for Mr. Contreras files the motion.

5. Counsel for Mr. Contreras may file a reply within thirty days of the filing of the response.

DATED this 25th day of March, 2008, at Anchorage, Alaska.

/s/JOHN W. SEDWICK
United States District Judge