NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Stephan.Collins@usdoj.gov
AK Bar Assoc. No. 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:01-CR-00151-03-JWS |
| | ) | |
| Plaintiff, | ) | **RESPONSE TO 18 U.S.C. §** |
| | ) | **3582(c) MOTION** |
| vs. | ) | |
| | ) | |
| ALEX CONTRERAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Alex Contreras, the defendant, has filed a motion for reduction of sentence,

pursuant to 18 U.S.C. § 3582(c)(2), USSG § 1B1.10(c), and Amendments 706 and

711 of the United States Sentencing Commission Guidelines Manual.  Based upon

its review of the defendant's original sentence and the reports of the defendant's

misconduct while incarcerated, the United States concludes that the defendant is

nonetheless eligible for a two level reduction in offense level used to calculate the guideline sentences imposed on nine of the 12 charges on which the defendant was convicted.

The defendant was convicted on one count of conspiracy to distribute 50 grams or more of cocaine base (crack), in violation of 21 U.S.C. § 846 and 841(b)(1)(A), (Count 1); seven counts of distribution of a detectable amount of cocaine or cocaine base(crack), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), (Counts 13-15, 17, 19, 21, and  27); and one count of distribution of five grams or more of cocaine base(crack), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(Count 16).  The defendant was subject to a statutory mandatory minimum sentence of 10 years on Count 1, and a statutory mandatory minimum sentence of five years on Count 16.

At the time of sentencing, the Court calculated the defendant's total adjusted offense level to be 32.  The Court also found the defendant's criminal history category to be I.  Based on these findings, the Court found the defendant's guideline sentence range to be between 121 and 151 month of imprisonment.  The Court imposed a sentence of 121 months for each of these drug trafficking offenses; the sentences were to run concurrent.

In addition to these drug trafficking offenses, the defendant was convicted

2

on three violations of 18 U.S.C. § 924(c) (Counts 38, 40, and 41). As a result, the

defendant was subject to a statutory mandatory minimum sentence of 55 years of

imprisonment to run consecutive to the sentences imposed for the drug trafficking

offenses. The Court, however, merged the sentences to be imposed for Counts 40

and 41, and only imposed a consecutive term of 30 years for Counts 38, 40, and 41.

Thus, the Court imposed a combined term of imprisonment of 481 months of

imprisonment for all counts on which the defendant was convicted.

As a result of the recent "retroactive crack" amendments to the guidelines,

the defendant's total adjusted guideline offense level for his drug trafficking

convictions would be reduced from 32 to 30. The effect would be reduce his

guideline sentence range from the original range of 121 to 151 months of

imprisonment to a range of 97 to 121 months of imprisonment for Counts 13-17,

19, 21, and  27. And for Count 1, it would reduce his sentence range to 120 to 121

months of imprisonment, on account of the unaffected statutory mandatory

minimum sentence applicable to violations of 21 U.S.C. §§ 846 and 841(b)(1)(A).

The United States therefore submits the Court should adjust the defendant's

sentence on Count 1 to a term of 120 months of imprisonment, and for Counts 13-

17, 19, 21, and  27 the Court should adjust the defendant's sentence to a term of 97

months of imprisonment. The "retroactive crack" amendments have no legal effect

3

upon the remainder of the defendant's sentences on Counts 38, 40, and 41.

RESPECTFULLY SUBMITTED this day, May 2, 2008, in Anchorage,

Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Stephan A. Collins
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: stephan.collins@usdoj.gov
> AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2008
a copy of the foregoing was served
electronically:

Hugh Fleischer counsel for Contreras