AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of  ALASKA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALEX CONTRERAS | ) | Case No:  3:01-cr-00151-03-JWS |
|  | ) | USM No:  14378-006 |
| Date of Previous Judgment: _____ | ) | William Carey |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.    **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  **481**  months **is reduced to**  **480** .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 32 | Amended Offense Level: | 30 |
|---|---|---|---|
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 97 to 121 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
**X** The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  7/12/02  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  May 27, 2008                              /s/ JOHN W. SEDWICK
                                                                           Judge's signature

Effective Date:  June 6, 2008                     John W. Sedwick, U.S. District Judge
           (if different from order date)                   Printed name and title