IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
JUN 0 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA,
    PLAINTIFF,

V.                            Case No. 3:01-CR-00151-03-JWS

ALEX CONTRERAS,
    DEFENDANT.
_____/

## NOTICE OF APPEAL

    NOTICE IS HEREBY given that Defendant ALEX CONTRERAS, proper and respectfully submits this NOTICE OF APPEAL pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, and because Defendant is unable to contact attorney on record Mr. Joe Fletcher who is acting in a non-compliant manner. Due to the actions that occurred regarding Defendant's Sentencing Reduction, pursuant to 18 U.S.C. § 3582 (C)(2). See Docket # 643. Defendant requests that this Honorable Court take this case Liberally. SEE Hains v. Kerner 404 U.S. 519, 30 Led 2d 652, 92 S.Ct. 594 (1972)

    Dated this   4   day of June, 2008.

                                            Respectfully Submitted,

                                           Alex Contreras, Pro Per
                                           Federal Correctional Inst.
                                           P.O. Box 5000
                                           Sheridan, OR 97378

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by first-class U.S. Mail on: THE OFFICE OF THE UNITED STATES ATTORNEY, Attn: STEPHEN A COLLINS, AUSA, 222 West 7th Ave. #9, Rm. 253, Anchorage, Alaska 99513, on this   4  

day of June, 2008.

                                                   Alex Contreras

Federal Correctional Institution
Alexander Contreras
#14378-006
P.O. Box 5000
Sheridan, OR 97378

Legal Mail

United States District Court
District of Alaska
Clerk of Court
Federal Building U.S. Courthouse
222 W. 7th Avenue #4
Anchorage, Alaska 99513-7564

