Alex Contreras
Reg. No. 14378-006
Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378

RECEIVED
JUN 23 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK.

United States Attorney                                6/18/08
**Attn: A.U.S.A. Stephen A. Collins**
222 West 7th Ave. #9, Room 253
Anchorage, AK 99513

<u>**In RE: Serving Notice for Request of 18 U.S.C. § 3582 Transcripts;**</u>
<u>**Case No. 3:01-CR-00151-03-JWS**</u>

To Whom it May Concern:

    In regards to newly amended Court Rules received 6/16/08, concerning Transcripts, I am, at this time, serving notice that I will be requesting any and all Transcripts pertinent and relating to my recently filed 18 U.S.C. §3582 motion for sentence reduction, to appeal the decision that soon followed. Thank you and have a good day.

                                                  Respectfully Submitted,

                                                  */s/ Alex Contreras*
                                                  Alex Contreras, Pro Per
                                                  Federal Corr. Inst.
                                                  P.O. Box 5000
                                                  Sheridan, OR 97378

CC. Clerk Office

Alex Contreras
No. 14378-006 Unit 2
Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378

Clerk of the Courts
Federal Building, U.S. Courthouse
222 West 7th Ave. #4
Anchorage, AK 99513-7564

((LEGAL MAIL))

FEDERAL CORRECTIONAL INSTITUTION
27072 BALLSTON ROAD
P.O. BOX 8000
SHERIDAN, OR 97378-5001
DATE: JUN 20 2008
"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

