

RECEIVED
JUN 23 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Plaintiff,

v.

Defendant.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

CASE NUMBER: 3:01-CR-00151-03-JWS

I, Alex Contreras, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:  ☒ Yes  ☐ No

   If "Yes" state the place of your incarceration. FCI P.O. Box 5000 Sheridan, OR 97378

   If "Yes" have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six months.

2. Are you currently employed?        ☒ Yes  ☐ No

   a. If the answer is "Yes" state the amount of your pay. $70.40

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes ☒ No
   b. Rent payments, interest, or dividends             ☐ Yes ☒ No
   c. Pensions, annuities, or life insurance payments   ☐ Yes ☒ No
   d. Disability or workers compensation payments       ☐ Yes ☒ No
   e. Gifts or inheritances                             ☒ Yes ☐ No
   f. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary. Over $550. I have received from families in Anchorage, AK in the last 6 Month.

4. Do you have cash or checking or savings accounts,   ☐ Yes ☒ No
   (including prison trust accounts)?

   If "Yes" state the total amount: _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?        ☐ Yes ☒ No

    If "Yes" list the asset(s) and state the value of each asset listed.

6.  Do you have any other assets?        ☐ Yes ☒ No

    If "Yes" list the asset(s) and state the value of each asset listed.

7.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    None

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $150.00 for a prisoner civil rights complaint or $5.00 for a petition for writ of habeas corpus in accordance with the Prison Litigation Reform Act, P.L. 104-134 (110 Stat. 1321), Section 804(a) (to be codified at 28 U.S.C. § 1915(b)).

I declare under penalty of perjury that the above information is true and correct.

6-19-08
DATE

_Alejandro Contreras_
SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration.)

I certify that the applicant named herein has the sum of $ -.18 on account to his/her credit at FCI SHERIDAN, OR (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ 160.59. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 963.57.

I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.

JUNE 19, 2008
DATE

_Simmons, Counselor_
SIGNATURE OF AUTHORIZED OFFICER