# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 14378006 | **Current Institution:** | Sheridan FCI |
| **Inmate Name:** | CONTRERAS, ALEX | **Housing Unit:** | SHE-B-L |
| **Report Date:** | 06/19/2008 | **Living Quarters:** | B03-226U |
| **Report Time:** | 3:17:04 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3463 |
| PAC #: | 178253117 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 7/22/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 6/16/2008 11:06:56 PM |
| Account Status: | Active |
| Phone Balance: | $0.06 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.18 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.18 |
| National 6 Months Deposits: | $963.57 |
| National 6 Months Withdrawals: | $993.55 |
| National 6 Months Avg Daily Balance: | $24.42 |
| Local Max. Balance - Prev. 30 Days: | $69.93 |
| Average Balance - Prev. 30 Days: | $18.92 |

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $82.05 |
| YTD Purchases: | $971.50 |
| Last Sales Date: | 6/12/2008 7:11:39 PM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $290.00 |
| Expended Spending Limit: | $81.20 |
| Remaining Spending Limit: | $208.80 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments: