**F I L E D**

**JUN 18 2008**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  USA v Nolasco et al
Court of Appeals No. (leave blank if unassigned):

## 08-30213

U.S. District Court Judge Name and Case No.: JOHN W. SEDWICK - 3:01-cr-00151-JWS
Date Indictment Filed: 10/18/01
Date Appealed Order/Judgment *entered*: 5/27/08
Date NOA *filed*: 6/9/08
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)     __pending
Court Reporter(s) Name and Phone Number:  Linda Christensen - 907-677-6220
           Magistrate Judge's Order?  If so, please attach.

**RECEIVED**

JUN 30 2008

**CLERK, U.S. DISTRICT COU
ANCHORAGE, A.K.**

---

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: _               Date FP denied: __
Is FP pending? _no               Was FP Limited/Revoked?
US Government Appeal? _no         Companion Cases?  Please list: __
           Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                  Appellee Counsel:

**Alex Contreras**                  **Stephan A. Collins**
#14378-006                          U.S. Attorney's Office (Anch)
Federal Correctional Institution    222 West 7th Avenue, #9
P.O. Box 5000                       Anchorage, AK 99513
Sheridan, OR 97378
PRO SE

**Hugh W. Fleischer**
Law Offices of Hugh W. Fleischer
310 K. Street, Suite 200
Anchorage, AK 99501

__retained   X  CJA   __FPD   __FPD   __Other     Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID:  14378-006    Address: __     Custody:  In-custody     Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

---

Name and phone number of person completing this form:  _Nancy Lealaisalanoa-907-677-6122.