RECEIVED

AUG 25 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN AND FOR THE U.S. DISTRICT COURT OF ALASKA

United States of America,         ,)
                         PLAINTIFF)
                                  )
        vs.                       )
                                  )    CASE NO. 3:01-cr-00151-JWS
                                  )
ALEX CONTRERAS,                   )
                       DEFENDANT, )
                                  )

MOTION TO DISMISS APPEAL WITHOUT PREDJUDICE
AND WITHDRAW ORDER TO PAY FILING FEES

NOW COMES, the DEFENDANT, ALEX CONTRERAS, PRO SE, respectfully moves this Honorable Court, pursuant to Rule 42 of the Federal Rules of Appellate Procedure, for an Order dismissive his Notice of Appeal without predjudice.

In support thereof, Defendant states the following:

1. Defendant has chosen not to pursue his appeal of the District Courts prior decision regarding his sentencing modification, and accordingly requests and moves for a dismissal beforehand.

2. Defendant understands and realizes the effects of dismissing said appeal, and still chooses to do so.

3. Defendant had advised Assistant United States Attorney, of the Office of the United States Attorney for the District of Alaska, of the Defendants decision, where as Defendant assumes that the Government will have no objection to this motion.

WHEREFORE, the Defendant, Alex Contreras, respectfully urges and hopes that this Honorable Court will dismiss his Notice of Appeal, as well as withdraw its Order to pay aforementioned filing fees.

Dated: 8-21-08                                              Respectfully Submitted,

*Alexander Contreras*
Alex Contreras, Pro Se
**Reg. No. 14378-006**
Federal Correctional Institution
P.O. Box 5000
Sheridan, Or 97378

CERTIFICATE OF SERVICE

I, Alexander Contreras, hereby certify that I haved served a true and correct copy of the following, by placement into the inmate mail to: A.U.S.A, Stephan A. Collins, Federal Building & U.S. Courthouse, 222 W. 7th Avenue, #9, Room 253, Anchorage, Alaska 99513-7567.

Serivce of process is deemed complete at the time of delivery to the prison authorities for forwarding to the court. Houston v. Lack 101 L.ED.2d. 245 (1998) confirms that by such service upon parties to litigation and/or his/her atorney of record, by placement in a sealed, postage prepaid envelope addressed to:


And deposited in the United States mail maintained by the Federal Correctional Institution, Sheridan, Oregon, all requirements of service of process required by law have been satisfied this:

____21____ day of __August__, 2008.


Federal Correctional Institution Sheridan
P.O. Box 5000
Sheridan, OR 97378-5000


Name: Alex Contreras
Reg. No.: 14378-006